



## MEMORANDUM OPINON

No. 04-09-00314-CV

### IN RE INVESTMENT PROFESSIONALS, INC.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Rebecca Simmons, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  August 12, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On May 28, 2009, Relator filed a petition for writ of mandamus. This court has determined that the Relator is not entitled to the relief sought. The petition is, therefore, DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2009-CI-03065, styled *Horace Daniel Lovelace v. Investment Professionals, Inc.*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.